STATE OF MONTANA,
    Plaintiff,                  No. DC-03-180
vs.                           Nunc Pro Tunc
ELIZABETH A. KNUCKLES,    Order to Correct Decision
a.k.a. ELIZABETH A. CLARK,
    Defendant.

The sixth paragraph of the September 24, 2004 Decision of the Sentence Review Division states: Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be amended as follows: Count I: Fifteen (15) years in the Montana Women's Prison, with Twelve (12) years suspended; Count II: Fifteen (15) years in the Montana Women's Prison, with Twelve (12) years suspended to run consecutively to Count I; Count III: Ten (10) years in the Montana Women's Prison, with all time suspended to run concurrently to Count I and Count II. The conditions of the sentence will be as listed in the Pre-Sentence Investigation Report of March 29, 2004.

**Now, therefore, it is Ordered** that the sixth paragraph of the Decision dated September 24, 2004, **SHALL READ** as follows:

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be amended as follows: Count I: Fifteen (15) years in the Montana Women's Prison, with Twelve (12) years suspended; Count II: Fifteen (15) years in the Montana Women's Prison, with Twelve (12) years suspended to run consecutively to Count I; Count III: Ten (10) years in the Montana Women's Prison, with all time suspended to run concurrently to Count I and Count II. The conditions of the sentence will be as listed in the April 8, 2004 Judgment.

DATED this 7th day of December, 2004.

Chairperson, Hon. Marc G. Buyske, Member, Hon. Gary L. Day and Member, Hon. John W. Whelan.